UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

B&G TRUCK CONVERSIONS INC.,

        Plaintiff,

    v.                                  Case No. 15-C-44

SHERWOOD SALES & SERVICE INC.
d/b/a Fox Cities Truck Sales,

        Defendant,

## ORDER DENYING MOTION TO INTERVENE WITHOUT PREJUDICE

        TranServe, Inc. has filed a Motion to Intervene in the above matter.  Neither the motion nor the proposed complaint bear the signature of any attorney–either electronic or written.  For this reason, the motion will be denied.  It is denied without prejudice, however, and TranServe may refile its motion and its proposed complaint with the proper signatures.  Before doing so, however, it might make sense for TranServe to inquire of the other parties whether they object to its motion.  If the other parties indicate to TranServe that they do not intend to object, its motion can be granted immediately and without further delay.

        **SO ORDERED** this  _31st_  day of March, 2015.

                                  s/ William C. Griesbach
                                  William C. Griesbach, Chief Judge
                                  United States District Court